**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Lawrence S. Walter*
Lawrence S. Walter
United States Bankruptcy Judge

**Dated: January 26, 2010**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No: 08-32035 |
| Evan Karambelas | : | |
| Sheryl L. Karambelas | : | Chapter 7 |
| Debtors | : | WALTER, J. |

_____

### ORDER APPROVING COMPROMISE OF CLAIM
_____

This matter comes before the court by trustee, Ruth A. Slone's motion for approval to compromise a claim held by her as trustee.  Specifically, the trustee proposes to accept $7,000.00 from Evan Karambelas as satisfaction in full of her claim for payment of the $9,900 judgment against Photini Karambelas arising from the adversary proceeding, Slone v. Photini Karambelas et al., United States Bankruptcy Court, Southern District of Ohio, Adversary Case No. 09-3044. .

It appearing to the court that the trustees' motion was filed on December 30, 2009 [Doc No.51] together with the appropriate notice to interested parties and that no objection to such motion has been filed within the time provided for by rule,

**IT IS ORDERED** that the Trustee is authorized to compromise the claim as proposed in her motion.

**IT IS SO ORDERED.**

cc:

OFFICE OF THE U.S. TRUSTEE, 170 N. HIGH ST, SUITE 200, COLUMBUS, OH 43215
RUTH A. SLONE, TRUSTEE, PO BOX 3340, DAYTON, OH 45401-3340
MARY K.C. SOTER, ESQ., 5518 NORTH MAIN STREET, DAYTON, OH 45415-3455
EVAN & SHERYL KARAMBELAS, 6720 WHITAKER STREET, DAYTON, OH 45415
ALL PARTIES IN INTEREST LISTED WITH THE BANKRUPTCY COURT

###