# Ruth A. Slone & Associates

**OH**

| | |
|---|---|
| | **Date :**  12/08/2011 |
| **Evan & Sheryl Karambelas (tee)** | **REF.:**  1402 |
| c/o Mary K.S. Soter, Esq. | **Invoice Number:** |
| 5518 N Main St. | |
| Dayton OH 45415--345 | |

**Re:  Karambelas, Evan & Sheryl (tee)**

**Attention:**

| FILE | DATE | INIT | DESCRIPTION OF SERVICE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | 08/07/2008 | LAS | Reviewing documents, i.e lengthy accounting/bank account statements/credit card statements/etc. provided by debtors of monies transferred in the 90 days prior to filing and general file set-up | 1.10 | 214.50 |
| | 08/08/2008 | LAS | Further review of the aforementioned documents; drafted letter to counsel | 0.90 | 175.50 |
| | 08/27/2008 | LAS | Reviewing more documents provided by debtor and counsel for debtor pertaining to preference payments; drafted letter to counsel | 0.50 | 97.50 |
| | 11/11/2008 | LAS | Reviewing documents (a years worth of bank statements and other info/docs); drafted letter to MK Soter | 1.40 | 273.00 |
| | 12/29/2008 | LAS | Drafted complaint | 1.20 | 234.00 |
| | 02/18/2009 | LAS | Reviewing documents, re defendants' answer | 0.50 | 97.50 |
| | 03/06/2009 | LAS | Reviewing case-law; review of proposes 9011 motion; conf with tee | 0.90 | 175.50 |
| | 03/09/2009 | LAS | Telephone conference with MKC Soter, re: her 9011 motion; drafted amended complaint to satisfy MKC Soter even though this is a non-issue and would have been dealt with during preliminary pretrial statement and conference... Received written consent letter, scanned the letter, and filed amended complaint | 1.00 | 195.00 |
| | 03/27/2009 | LAS | Drafted final of the preliminary pretrial statement; drafted and mailed initial disclosure; review of defendants initial disclosure and answers | 0.90 | 175.50 |
| | 04/23/2009 | LAS | Reviewing documents and file | 0.20 | 39.00 |
| | 05/13/2009 | LAS | Reviewing documents; review of file; attended pretrial telephone conf. | 0.60 | 117.00 |
| | 06/03/2009 | LAS | Reviewing documents; attempted telecon with MKC Soter, re: set-up depos | 0.90 | 175.50 |

Continued...

| FILE | DATE | INIT | DESCRIPTION OF SERVICE | HOURS | AMOUNT |
|------|------|------|------------------------|-------|--------|
| | 06/05/2009 | LAS | Telephone conference with KC Soter, re: depos. | 0.20 | 39.00 |
| | 06/15/2009 | LAS | Reviewing documents and claims filed with the court | 0.80 | 156.00 |
| | 06/16/2009 | LAS | Reviewing documents and consideration of case law | 0.30 | 58.50 |
| | 06/23/2009 | LAS | Reviewing documents for tomorrow depositions | 1.40 | 273.00 |
| | 06/24/2009 | LAS | Reviewing documents final prep for depositions; conf with tee | 0.40 | 78.00 |
| | 07/15/2009 | LAS | Partially Drafted partial statement of facts based on deposition testimony; conf with trustee | 2.70 | 526.50 |
| | 09/22/2009 | LAS | Drafted stipulations of fact; conf with tee; emailed and faxed proposed stipulation to M. Soter; review of docket and defendants' exhibits | 1.80 | 351.00 |
| | 09/23/2009 | LAS | Attempted telephone conference with Mary Soter, re: our proposed stipulations of fact, L.M. | 0.20 | 39.00 |
| | 09/24/2009 | LAS | Telephone conference with M. Soter (x3), re: trying to figure out where her fax is with stipulations | 0.30 | 58.50 |
| | 09/25/2009 | LAS | Drafted second of stipulations based on corrections from MKC Soter; telcons with MKC Soter; emailed stips. faxed stips... | 1.10 | 214.50 |
| | 09/28/2009 | LAS | Drafted final trial memorandum | 2.90 | 565.50 |
| | 10/02/2009 | LAS | Research question of ordinary course of business | 0.50 | 97.50 |
| | 10/13/2009 | LAS | Reviewing case-law | 1.50 | 292.50 |
| | 10/14/2009 | LAS | Drafted "ordinary course of financial affairs" memo for trial brief; research of fraudulent transfer issue and continued drafting of trial brief | 5.30 | 1,033.50 |
| | 10/15/2009 | LAS | Drafted letter to counsel; further review of bank records; further case-law research of issues | 3.50 | 682.50 |
| | 10/19/2009 | LAS | Drafted more of trial brief; researched subpoena issues | 2.30 | 448.50 |
| | 10/20/2009 | LAS | Drafted notice of filing depos and filed depos; put finish on trial brief; further review of file and docket. | 2.00 | 390.00 |
| | 10/21/2009 | LAS | Review of file; Trial Prep; filed Trial Brief | 1.50 | 292.50 |
| | 10/27/2009 | LAS | Trial preparations | 2.60 | 507.00 |
| | 10/28/2009 | LAS | Attend Trial | 3.00 | 585.00 |
| | 10/29/2009 | LAS | Telephone conference with Mary Soter; drafted trial order and uploaded; confs with trustee | 0.70 | 136.50 |
| | 11/23/2009 | LAS | Reviewing documents; drafted cognovit and 9019 motion and order | 1.60 | 312.00 |
| | 12/21/2009 | LAS | drafted final of cognovit and 9019 | 0.30 | 58.50 |
| | | | OUR FEE: | 47.00 | **$9,165.00** |

Continued...

**TIME SUMMARY**

| LAWYER INITIALS | RATE | HRS | AMOUNT |
|---|---|---|---|
| LAS | 195.00 | 47.00 | 9165.00 |

**TAXABLE EXPENSE**

| Total Taxable Expenses | $0.00 | |
|---|---|---|

**NON-TAXABLE EXPENSES:**

| Total  Non-Taxable Expenses | $0.00 | |
|---|---|---|
| Total Expenses | | $0.00 |

| **TOTAL** | | **$9,165.00** |
|---|---|---|
| Amount transferred from trust | | **0.00** |
| Net amount owing on this bill | | **$9,165.00** |

**STATEMENT OF ACCOUNT**

| Prior Balance | 0.00 | |
|---|---|---|
| Payment & adjustments | 0.00 | |
| Current Fees | 9165.00 | |
| Current Expenses | 0.00 | |
| **AMOUNT DUE AND OWING TO DATE** | | **$9,165.00** |

### * * * TRUST LEDGER * * *

| DATE | REF. | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|

PER:_____

**Lee Slone**