# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: KARAMBELAS, EVAN | § Case No. 08-32035-LW |
| KARAMBELAS, SHERYL L. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ruth A Slone, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $53,117.46 *(without deducting any secured claims)* | Assets Exempt: $6,733.73 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $204,293.76 |
| Total Expenses of Administration: $7,001.89 | |

3) Total gross receipts of $ 7,001.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,001.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $49,994.73 | $23,612.07 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,387.68 | 11,387.68 | 7,001.89 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 179,849.44 | 84,020.68 | 84,020.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $229,844.17 | $119,020.43 | $95,408.36 | $7,001.89 |

4) This case was originally filed under Chapter 7 on April 28, 2008. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2012          By: /s/Ruth A Slone
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Payments | 1241-000 | 7,000.00 |
| Interest Income | 1270-000 | 1.89 |
| **TOTAL GROSS RECEIPTS** | | **$7,001.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Second National Bank | 4210-000 | N/A | 22,728.73 | 0.00 | 0.00 |
| 4 | Dell Financial Services, LLC | 4210-000 | 1,680.00 | 883.34 | 0.00 | 0.00 |
| NOTFILED | Wright Patt Credit Union, Inc. | 4110-000 | 23,917.00 | N/A | N/A | 0.00 |
| NOTFILED | Osterman Jewelers | 4110-000 | 1,583.73 | N/A | N/A | 0.00 |
| NOTFILED | Second National Bank | 4110-000 | 22,814.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$49,994.73** | **$23,612.07** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ruth A. Slone | 2100-000 | N/A | 1,450.19 | 1,450.19 | 890.63 |
| Ruth A. Slone | 2200-000 | N/A | 501.32 | 501.32 | 307.88 |
| US BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 153.54 |
| LEE SLONE | 3110-000 | N/A | 9,165.00 | 9,165.00 | 5,628.67 |
| Encore Bank | 2600-000 | N/A | 7.74 | 7.74 | 7.74 |
| Encore Bank | 2600-000 | N/A | 5.71 | 5.71 | 5.71 |
| Encore Bank | 2600-000 | N/A | 7.72 | 7.72 | 7.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 11,387.68 | 11,387.68 | 7,001.89 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Wright Patt Credit Union, Inc. | 7100-000 | N/A | 13,242.77 | 13,242.77 | 0.00 |
| 3 | Wright Patt Credit Union, Inc. | 7100-000 | N/A | 4,958.80 | 4,958.80 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4a | Dell Financial Services, LLC | 7100-000 | unknown | 649.75 | 649.75 | 0.00 |
| 5 | HSBC Bank Nevada, N.A. | 7100-000 | N/A | 232.49 | 232.49 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 547.67 | 547.67 | 0.00 |
| 7 | Shoppers Charge Account | 7100-000 | N/A | 3,463.23 | 3,463.23 | 0.00 |
| 8 | American Express Centurion Bank | 7100-000 | 21,307.36 | 21,307.36 | 21,307.36 | 0.00 |
| 9 | American Express Centurion Bank | 7100-000 | 4,813.92 | 4,771.16 | 4,771.16 | 0.00 |
| 10 | Capital Recovery II | 7100-000 | N/A | 1,198.45 | 1,198.45 | 0.00 |
| 11 | Children's Medical Center | 7100-000 | 300.00 | 446.05 | 446.05 | 0.00 |
| 12 | First National Bank of Omaha | 7100-000 | 4,197.08 | 4,244.63 | 4,244.63 | 0.00 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | 28,958.00 | 28,958.32 | 28,958.32 | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 4,493.37 | N/A | N/A | 0.00 |
| NOTFILED | GAP Credit Card GAP Customer Relations | 7100-000 | 731.00 | N/A | N/A | 0.00 |
| NOTFILED | Kroger Mastercard | 7100-000 | 5,799.75 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 368.91 | N/A | N/A | 0.00 |
| NOTFILED | Wright Patt Credit Union, Inc. | 7100-000 | 13,326.11 | N/A | N/A | 0.00 |
| NOTFILED | Wright Patt Credit Union, Inc. | 7100-000 | 4,958.80 | N/A | N/A | 0.00 |
| NOTFILED | Thrift Savings Plan | 7100-000 | 2,364.00 | N/A | N/A | 0.00 |
| NOTFILED | Rahn Dental Group, Inc. | 7100-000 | 298.00 | N/A | N/A | 0.00 |
| NOTFILED | Maytag Bank North | 7100-000 | 3,463.23 | N/A | N/A | 0.00 |
| NOTFILED | Photina Karambelis | 7100-000 | 83,894.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | Elder-Beerman Retail Services | 7100-000 | 252.91 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 179,849.44 | 84,020.68 | 84,020.68 | 0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-32035-LW  
**Case Name:** KARAMBELAS, EVAN  
KARAMBELAS, SHERYL L.  
**Period Ending:** 04/25/12

**Trustee:** (550060) Ruth A Slone  
**Filed (f) or Converted (c):** 04/28/08 (f)  
**§341(a) Meeting Date:** 06/25/08  
**Claims Bar Date:** 11/12/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Fifth Third Bank - Checking Account No. 39686732 | 150.00 | 0.00 | DA | 0.00 | FA |
| 2 | Chase Checking Account No. 000000343753180 in na | 36.46 | 0.00 | DA | 0.00 | FA |
| 3 | Wright-Patt Credit Union, Inc. Savings Account - | 5.00 | 0.00 | DA | 0.00 | FA |
| 4 | Fifth Third Bank Checking Account No. 64899692 i | 26.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Cooking stove and refrigerator | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Beds and bedding | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous clothing | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous Jewelry - debt owed to Osterman's | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 GMC Envoy - this vehicle is driven by Shery | 22,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Pontiac Grand Prix | 19,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Computer, printer, monitor used at home by both | 200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Dog - family pet co-owned with wife | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Thrift Savings Plan through employment at Wright | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Preference Payments | 0.00 | 7,000.00 | DA | 7,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.89 | FA |
| 16 | Assets   Totals (Excluding unknown values) | **$53,117.46** | **$7,000.00** | | **$7,001.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor agreed to pay $7,000 judgment against his mother at rate of $218.75/month for 32 months starting January 2010  Debtor has made 18 of 32 payments as of 6-21-11.

Final Report 12-20-11

**Initial Projected Date Of Final Report (TFR):**   January 1, 2009        **Current Projected Date Of Final Report (TFR):**   December 20, 2011  (Actual)

_____April 25, 2012_____  
Date

/s/ Ruth A Slone  
_____  
Ruth A Slone

Printed: 04/25/2012 05:09 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-32035-LW  
**Case Name:** KARAMBELAS, EVAN  
KARAMBELAS, SHERYL L.  
**Taxpayer ID #:** **-***6752  
**Period Ending:** 04/25/12  

**Trustee:** Ruth A Slone (550060)  
**Bank Name:** ENCORE BANK  
**Account:** ********10 - Checking Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/11 | | Sterling Bank | Transfer Funds | 9999-000 | 4,370.64 | | 4,370.64 |
| 09/08/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 4,589.39 |
| 10/03/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 4,808.14 |
| 10/03/11 | | Encore Bank | Bank Service Fee | 2600-000 | | 5.71 | 4,802.43 |
| 11/02/11 | | Encore Bank | Bank Service Fee | 2600-000 | | 7.72 | 4,794.71 |
| 11/08/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 5,013.46 |
| 12/02/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 1,968.75 | | 6,982.21 |
| 12/02/11 | | Encore Bank | Bank Service Fee | 2600-000 | | 7.74 | 6,974.47 |
| 01/06/12 | 5001 | LEE SLONE | order 1-5-12 doc 57 | 3110-000 | | 5,628.67 | 1,345.80 |
| 02/07/12 | | Encore Bank | Transfer to The Bank of New York Mellon | 9999-000 | | 1,345.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,995.64 | 6,995.64 | **$0.00** |
| | | | Less: Bank Transfers | | 4,370.64 | 1,345.80 | |
| | | | **Subtotal** | | **2,625.00** | **5,649.84** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,625.00** | **$5,649.84** | |

{} Asset reference(s)

Printed: 04/25/2012 05:09 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-32035-LW  
**Case Name:** KARAMBELAS, EVAN  
KARAMBELAS, SHERYL L.  
**Taxpayer ID #:** **-***6752  
**Period Ending:** 04/25/12

**Trustee:** Ruth A Slone (550060)  
**Bank Name:** STERLING BANK  
**Account:** ********35 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/10 | | Transfer From Acct#8192082035 | TRANSFER FROM MONEY MARKET TO CHECKING | 9999-000 | 6.25 | | 6.25 |
| 12/28/10 | 1001 | RUTH A SLONE | BOND 2010 | 2200-000 | | 6.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6.25 | 6.25 | $0.00 |
| | | | Less: Bank Transfers | | 6.25 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6.25** | |

{} Asset reference(s)  
Printed: 04/25/2012 05:09 PM     V.12.57

Exhibit 9

## FORM 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 08-32035-LW | | Trustee: | Ruth A Slone (550060) |
|---|---|---|---|---|
| Case Name: | KARAMBELAS, EVAN | | Bank Name: | STERLING BANK |
| | KARAMBELAS, SHERYL L. | | Account: | ********35 - Money Market Account |
| Taxpayer ID #: | **-***6752 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 04/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/11/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 218.75 |
| 01/29/10 | Int | Sterling Bank | Interest Earned For January | 1270-000 | 0.01 | | 218.76 |
| 02/17/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 437.51 |
| 02/26/10 | Int | Sterling Bank | Interest Earned For February | 1270-000 | 0.01 | | 437.52 |
| 03/19/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 656.27 |
| 03/31/10 | Int | Sterling Bank | Interest Earned For March | 1270-000 | 0.02 | | 656.29 |
| 04/29/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 875.04 |
| 04/30/10 | Int | Sterling Bank | Interest Earned For April | 1270-000 | 0.03 | | 875.07 |
| 05/12/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 1,093.82 |
| 05/28/10 | Int | Sterling Bank | Interest Earned For May | 1270-000 | 0.04 | | 1,093.86 |
| 06/10/10 | {15} | EVAN & SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 1,312.61 |
| 06/30/10 | Int | Sterling Bank | Interest Earned For June | 1270-000 | 0.05 | | 1,312.66 |
| 07/13/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 1,531.41 |
| 07/30/10 | Int | Sterling Bank | Interest Earned For July | 1270-000 | 0.06 | | 1,531.47 |
| 08/13/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 1,750.22 |
| 08/31/10 | Int | Sterling Bank | Interest Earned For August | 1270-000 | 0.07 | | 1,750.29 |
| 09/07/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 1,969.04 |
| 09/30/10 | Int | Sterling Bank | Interest Earned For September | 1270-000 | 0.08 | | 1,969.12 |
| 10/14/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 2,187.87 |
| 10/29/10 | Int | Sterling Bank | Interest Earned For October | 1270-000 | 0.09 | | 2,187.96 |
| 11/09/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 2,406.71 |
| 11/30/10 | Int | Sterling Bank | Interest Earned For November | 1270-000 | 0.10 | | 2,406.81 |
| 12/06/10 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 2,625.56 |
| 12/28/10 | | Transfer To Acct#7192082035 | TRANSFER FROM MONEY MARKET TO CHECKING | 9999-000 | | 6.25 | 2,619.31 |
| 12/31/10 | Int | Sterling Bank | Interest Earned For December | 1270-000 | 0.11 | | 2,619.42 |
| 01/14/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 2,838.17 |
| 01/31/11 | Int | Sterling Bank | Interest Earned For January | 1270-000 | 0.12 | | 2,838.29 |
| 02/03/11 | {15} | EVAN KARAMVELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 3,057.04 |
| 02/28/11 | Int | Sterling Bank | Interest Earned For February | 1270-000 | 0.12 | | 3,057.16 |
| 03/07/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 3,275.91 |
| 03/31/11 | Int | Sterling Bank | Interest Earned For March | 1270-000 | 0.14 | | 3,276.05 |
| 04/06/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 3,494.80 |
| 04/29/11 | Int | Sterling Bank | Interest Earned For April | 1270-000 | 0.14 | | 3,494.94 |
| 05/06/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 3,713.69 |
| 05/31/11 | Int | Sterling Bank | Interest Earned For May | 1270-000 | 0.15 | | 3,713.84 |
| 06/06/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 3,932.59 |

Subtotals :   $3,938.84   $6.25

{} Asset reference(s)

Printed: 04/25/2012 05:09 PM   V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-32035-LW  
**Case Name:** KARAMBELAS, EVAN  
KARAMBELAS, SHERYL L.  
**Taxpayer ID #:** **-***6752  
**Period Ending:** 04/25/12  

**Trustee:** Ruth A Slone (550060)  
**Bank Name:** STERLING BANK  
**Account:** ********35 - Money Market Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/11 | Int | Sterling Bank | Interest Earned For June | 1270-000 | 0.16 | | 3,932.75 |
| 07/08/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 4,151.50 |
| 07/29/11 | Int | Sterling Bank | Interest Earned For July | 1270-000 | 0.17 | | 4,151.67 |
| 08/09/11 | {15} | EVAN AND SHERYL KARAMBELAS | PREFERENCE PAYMENT | 1241-000 | 218.75 | | 4,370.42 |
| 08/31/11 | Int | Sterling Bank | Interest Earned For August | 1270-000 | 0.18 | | 4,370.60 |
| 09/07/11 | Int | Sterling Bank | Interest Earned For September 2011 | 1270-000 | 0.04 | | 4,370.64 |
| 09/07/11 | | Encore Bank | Transfer Funds | 9999-000 | | 4,370.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,376.89** | **4,376.89** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,376.89 | |
| | | | **Subtotal** | | **4,376.89** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,376.89** | **$0.00** | |

{} Asset reference(s)

Printed: 04/25/2012 05:09 PM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-32035-LW | | Trustee: | Ruth A Slone (550060) |
|---|---|---|---|---|
| Case Name: | KARAMBELAS, EVAN | | Bank Name: | The Bank of New York Mellon |
| | KARAMBELAS, SHERYL L. | | Account: | 9200-******94-66 - Checking Account |
| Taxpayer ID #: | **-***6752 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 04/25/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/12 | | The Bank of New York Mellon | Transfer from Encore Bank | 9999-000 | 1,345.80 | | 1,345.80 |
| 02/23/12 | 101 | Ruth A. Slone | Ref # Trustee Fee | 2100-000 | | 890.63 | 455.17 |
| 02/23/12 | 102 | Ruth A. Slone | | 2200-000 | | 301.63 | 153.54 |
| 02/28/12 | 103 | US BANKRUPTCY COURT | | 2700-000 | | 153.54 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 1,345.80 | 1,345.80 | $0.00 |
| Less: Bank Transfers | 1,345.80 | 0.00 | |
| **Subtotal** | 0.00 | 1,345.80 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $1,345.80 | |

Net Receipts :  7,001.89
───────────
Net Estate :  $7,001.89

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********10 | 2,625.00 | 5,649.84 | 0.00 |
| Checking # ********35 | 0.00 | 6.25 | 0.00 |
| Checking # 9200-******94-66 | 0.00 | 1,345.80 | 0.00 |
| | $7,001.89 | $7,001.89 | $0.00 |

April 25, 2012  /s/ Ruth A Slone
─────────────────  ──────────────────────────────────────
Date  Ruth A Slone

{} Asset reference(s)  Printed: 04/25/2012 05:09 PM  V.12.57